**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-CV-23474-BECERRA-TORRES

AIDA E. FRAGA,

    Plaintiff,

v.

GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA, *et al.*,

    Defendants.

_____/

**ORDER ON MOTION TO PERMIT ELECTRONIC FILINGS**

This cause comes before the Court on Plaintiff's Motion to File Electronically. [D.E. 24].

Critically, no portion of our Local Rules permit pro se Plaintiffs to file documents electronically. Indeed, the Local Rules consistently require pro se Plaintiffs to file documents conventionally—not electronically. *See* Section 2C, CM/ECF Administrative Procedures ("Pro se litigants will not be permitted to register as Users at this time and must file their documents in the conventional manner."). While we do not make light of Plaintiff's apparent health issues, the Court simply has no authority to permit pro se plaintiffs to use the Court's electronic filing system. Accordingly, Plaintiff's Motion is **DENIED**.

Plaintiff can, however, consent to receive electronic notice of all filings. *See* https://www.flsd.uscourts.gov/forms/all-forms/pro_se_forms . But Plaintiff is not, and cannot be, permitted to file documents electronically.

1

**DONE and ORDERED** in Chambers at Miami, Florida this 24th day of September, 2025.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge